# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee for SOUNDVIEW HOME LOAN TRUST 2007-OPT2, ASSET-BACKED CERTIFICATES, SERIES 2007<br><br>Plaintiff,<br><br>v.<br><br>BARBARA GONZALEZ<br><br>Defendant. | CIVIL ACTION NO. 3:12-cv-389<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 23rd day of March, 2012, **IT IS HEREBY ORDERED** that the Plaintiff be given leave to file an amended complaint within twenty-one (21) days from the date of this order. If the Plaintiff fails to do so, the action will be dismissed.

      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge